FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 JUL -6 AM 10: 22

OFFICE OF THE CLERK

8:16MC77

BENJAMIN MIZER
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL

BRIAN J. STRETCH, CA No. 163973
United States Attorney
SARA WINSLOW, DC No. 457643
Chief, Civil Division
CHRISTINA L. GOEBELSMANN, CA No. 273379
Special Assistant U.S. Attorney

    U.S. Small Business Administration
    455 Market Street, Suite 600
    San Francisco, CA  94105
    Telephone: (415) 744-8494
    Facsimile: (415) 744-6812
    christina.goebelsmann@sba.gov

CHRISTOPHER J. MCCLINTOCK, VA Bar No. 68417
ARLENE M. EMBREY, FL Bar No. 0125539
Trial Attorney
Office of General Counsel
U.S. Small Business Administration
409 Third St., S.W.
Washington, D.C. 20416
Telephone: (202) 205-7715
Facsimile: (202) 481-5497
christopher.mcclintock@sba.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CVP SBIC, L.P.<br><br>    Defendant. | Civil Action No. 3:16-cv-2213<br><br>SIPULATION FOR ENTRY OF CONSENT RECEIVERSHIP ORDER |

STIPULATION FOR ENTRY OF ORDER, United States of America v. CVP SBIC, L.P.

1 | **TO THE COURT AND ALL PARTIES IN INTEREST:**

2 | Please find attached hereto a Stipulation for Entry of Consent Receivership Order
3 | entered into between Plaintiff United States of America and Defendant CVIP SBIC, L.P.
4 | and Consent Receivership Order regarding the same.

5

6 | Dated: May 16, 2016         By: /s/ Christina L. Goebelsmann
                                 CHRISTINA L. GOEBELSMANN
7                                Special Assistant United States Attorney
                                 U.S. Small Business Administration
8                                455 Market Street, Suite 600
                                 San Francisco, CA  94105
9                                Telephone: (415) 744-8494
10                               Facsimile: (415) 744-6812
                                 christina.goebelsmann@sba.gov
11

**STIPULATION FOR ENTRY OF ORDER, United States of America v. CVP SBIC, L.P.**

## STIPULATION FOR ENTRY OF CONSENT ORDER FOR RECEIVERSHIP

WHEREAS, Defendant, CVP SBIC, L.P. ("Defendant") is a licensee of the U.S. Small Business Administration ("SBA") under the Small Business Investment Act of 1958, as amended, 15 U.S.C. §661, et seq. (the "Act");

WHEREAS Defendant has a condition of Capital Impairment in violation of the Act and SBA's regulations, thereby entitling SBA to obtain a receivership and other injunctive relief against Defendant under 15 U.S.C. §687c;

WHEREAS Defendant has agreed to entry of the Consent Order for Receivership; and

WHEREAS, the said parties desire to resolve this matter amicably without further proceedings, trial or adjudication of any issue, and do hereby stipulate as follows:

1. That this Court has jurisdiction over the subject matter of this action and over Defendant 15 U.S.C. §§687(d) and 687h, and that venue is proper under 15 U.S.C. §§687(d), 687h, and 28 U.S.C. §1391(b);

2. That Defendant agrees to the entry of the attached Consent Order without further proceedings;

3. That the Defendant waives findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure;

4. That Defendant waives any right or basis to contest the validity of the attached Consent Order; and

1

5. That the Consent Order may be presented by Plaintiff to the Court for signature and entry without further notice to Defendant; provided however the United States will provide notice of entry to Defendant.

**STIPULATED AND AGREED BY THE PARTIES' AUTHORIZED REPRESENTATIVES:**

CVP SBIC, L.P.

By its General Partner, CV SBIC, Inc.

_____
Derek Blazensky
Its Principal

Date: 3-7-16

CVP SBIC, L.P.

By its General Partner, CV SBIC, Inc.

_____
Christian Borcher
Its Principal

Date: 3-7-16

U.S. SMALL BUSINESS ADMINISTRATION

By: _____
Thomas G. Morris
Director, Office of Liquidation
U.S. Small Business Administration
Investment Division

Date: 04-06-2016

2

BENJAMIN MIZER
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL

BRIAN J. STRETCH, CA No. 163973
United States Attorney
SARA WINSLOW, DC No. 457643
Chief, Civil Division
CHRISTINA L. GOEBELSMANN, CA No. 273379
Special Assistant U.S. Attorney

    U.S. Small Business Administration
    455 Market Street, Suite 600
    San Francisco, CA  94105
    Telephone: (415) 744-8494
    Facsimile: (415) 744-6812
    christina.goebelsmann@sba.gov

CHRISTOPHER J. MCCLINTOCK, VA Bar No. 68417
ARLENE M. EMBREY, FL Bar No. 0125539
Trial Attorney
Office of General Counsel
U.S. Small Business Administration
409 Third St., S.W.
Washington, D.C. 20416
Telephone: (202) 205-7715
Facsimile: (202) 481-5497
christopher.mcclintock@sba.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 3:16-cv-2213 |
| Plaintiff, | |
| v. | **CONSENT RECEIVERSHIP ORDER** |
| CVP SBIC, L.P. | |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

---

CONSENT RECEIVERSHIP ORDER, United States of America v. CVP SBIC, L.P.    Page 1

1. Pursuant to the provisions 15 U.S.C. §687c, this Court hereby takes exclusive jurisdiction of the CVP SBIC, L.P.("CVP SBIC" or "licensee"), and all of its assets and property, of whatever kind and wherever located, and the United States Small Business Administration ("SBA") is hereby appointed Receiver of CVP SBIC ("Receiver") to serve without bond until further order of this Court. The Receiver is appointed for the purpose of marshaling and liquidating all of CVP SBIC's assets and satisfying the claims of creditors therefrom in the order of priority as determined by this Court.

2. The Receiver shall have all powers, authorities, rights and privileges heretofore possessed by the officers, directors, managers and general and limited partners of CVP SBIC under applicable state and federal law, by the Articles of Limited Partnership, and By-Laws of said limited partnership, in addition to all powers and authority of a receiver at equity, and all powers and authority conferred upon the Receiver by the provisions of 15 U.S.C. § 687c and 28 U.S.C. § 754. The trustees, directors, officers, managers, employees, investment advisors, accountants, attorneys and other agents of CVP SBIC are hereby dismissed and the powers of any general partners are hereby suspended. Such persons and entities shall have no authority with respect to CVP SBIC's operations or assets, except to the extent as may hereafter be expressly granted by the Receiver. The Receiver shall assume and control the operation of CVP SBIC and shall pursue and preserve all of its claims.

3. The Receiver is entitled to take immediate possession of all assets, bank accounts or other financial accounts, books and records and all other documents or instruments relating to CVP SBIC. The past and/or present officers, directors, agents, managers, general and limited partners, trustees, attorneys, accountants, and employees of CVP SBIC, as well as all those acting in their place, are hereby ordered and directed to turn over to the Receiver forthwith all

Page 2
CONSENT RECEIVERSHIP ORDER, United States of America v. CVP SBIC, L.P.

books, records, documents, accounts and all other instruments and papers of and relating to CVP SBIC and all of CVP SBIC's assets and all other assets and property of the limited partnership, whether real or personal. The general partner of CVP SBIC shall furnish a written statement within five (5) days after the entry of this Order, listing the identity, location and estimated value of all assets of CVP SBIC, a list of all employees (and job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of CVP SBIC, as well as the names, addresses and amounts of claims of all known creditors of CVP SBIC. Within thirty (30) days following the entry of this Order, the general partner of CVP SBIC shall also furnish a written report describing all assets. All persons and entities having control, custody or possession of any assets or property of CVP SBIC are hereby directed to turn such assets and property over to the Receiver.

4. The Receiver shall promptly give notice of its appointment to all known officers, directors, agents, employees, shareholders, creditors, debtors, managers and general and limited partners of CVP SBIC, as the Receiver deems necessary or advisable to effectuate the operation of the receivership. All persons and entities owing any obligation, debt, or distribution with respect to a partnership interest to CVP SBIC, until further ordered by this Court, pay all such obligations in accordance with the terms thereof to the Receiver and its receipt for such payments shall have the same force and effect as if CVP SBIC had received such payments.

5. The Receiver is hereby authorized to open such Receiver's accounts at banking or other financial institutions to extend credit on behalf of CVP SBIC, to utilize SBA personnel, and to employ such other personnel as it may deem necessary to effectuate the operation of the receivership including, but not limited to, attorneys, accountants, consultants and appraisers, and is further authorized to expend receivership funds to compensate such personnel in such amounts

Page 3
CONSENT RECEIVERSHIP ORDER, United States of America v. CVP SBIC, L.P.

and upon such terms as the Receiver shall deem reasonable in light of the usual fees and billing practices and procedures of such personnel. The Receiver is not required to obtain Court approval prior to the disbursement of receivership funds for payments to personnel employed by the Receiver or for expenses that the Receiver deems advantageous to the orderly administration and operation of the receivership. In addition, the Receiver is authorized to reimburse the SBA for travel expenses incurred by SBA personnel in the establishment and administration of the receivership. The Receiver may, without further order of this Court, transfer, compromise, or otherwise dispose of any claim or asset in the ordinary course of business, other than real estate.

6. CVP SBIC's past and/or present officers, directors, agents, attorneys, managers, shareholders, employees, accountants, debtors, creditors, managers and general and limited partners of CVP SBIC, and other appropriate persons or entities (including without limitation, the defendant's portfolio of small business concerns and financial institutions doing business with defendant and/or defendant's portfolio of small business concerns) shall answer under oath to the Receiver all questions which the Receiver may put to them and produce any documents as required by the Receiver regarding the business of said limited partnership, or any other matter relevant to the operation or administration of the receivership or the collection of funds due to CVP SBIC. In the event that the Receiver deems it necessary to require the appearance of the aforementioned persons or entities, the Receiver shall make its discovery request(s) in accordance with the Federal Rules of Civil Procedure.

7. The parties to any and all civil legal proceedings of any nature, including, but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other actions of any nature involving CVP SBIC or any assets of CVP SBIC, including subsidiaries and partnerships, wherever located, and excluding the instant proceeding,

Page 4
CONSENT RECEIVERSHIP ORDER, United States of America v. CVP SBIC, L.P.

involving CVP SBIC, the Receiver, or any of CVP SBIC's past or present officers, directors, managers, agents, or general or limited partners or the managers, members, employees or agents of any past or present general partner sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise, are enjoined from commencing or continuing any such legal proceeding, or from taking any action, in connection with any such proceeding or any such asset. All civil legal proceedings of any nature, including but not limited to bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other action of any nature involving CVP SBIC or any assets of CVP SBIC, including subsidiaries and partnerships, wherever located, and excluding the instant proceeding, involving CVP SBIC, the Receiver, or any of CVP SBIC's past or present officers, directors, managers, agents, or general or limited partners or the managers, members, employees or agents of any past or present general partner sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise, are stayed in their entirety, and all Courts having any jurisdiction thereof are enjoined from taking or permitting any action until further Order of this Court. Further, as to a cause of action accrued or accruing in favor of CVP SBIC against a third person or party, any applicable statute of limitation is tolled during the period in which this injunction against commencement of legal proceedings is in effect as to that cause of action.

8. CVP SBIC and its past and/or present directors, officers, managers, general or limited partners, agents, employees and other persons or entities acting in concert or participating therewith be, and they hereby are, enjoined from either directly or indirectly taking any actions or causing any such action to be taken which would dissipate the assets and/or property of CVP

Page 5

CONSENT RECEIVERSHIP ORDER, United States of America v. CVP SBIC, L.P.

SBIC to the detriment of CVP SBIC or of the Receiver appointed in this cause, including but not limited to destruction of corporate records, or which would violate the Small Business Investment Act of 1958, as amended, 15 U.S.C. 661 et. seq., or the regulations promulgated thereunder, ("Regulations"), 13 C.F.R. §107.1 et. seq.

9. The Receiver is authorized to borrow up to $1,000,000 from the SBA on behalf of CVP SBIC and is authorized to cause CVP SBIC to issue Receiver's Certificates of Indebtedness in the principal amounts of the sums borrowed, which certificates will bear interest at or about 10 percent per annum and will have a maturity date no later than 18 months after the date of issue. Said Receiver's Certificates of Indebtedness shall have priority over all other debts and obligations of CVP SBIC, excluding administrative expenses of the Receivership, whether currently existing or hereinafter incurred, including without limitation any claims of general or limited partners of CVP SBIC.

//
//
//
//
//
//
//
//
//
//
//
//
//

10. This Court determines and adjudicates that SBA has made a sufficient showing that CVP SBIC had a condition of Capital Impairment in violation of the Act and the Regulations, as alleged in the Complaint filed against CVP SBIC in the instant action, to obtain the relief so requested.

SEEN, STIPULATED AND AGREED BY:

CVP SBIC, L.P.

By its General Partner, CV SBIC, Inc.

_____
Derek Blazensky
Its Principal

Date: 3-7-2016

CVP SBIC, L.P.

By its General Partner, CV SBIC, Inc.

_____
Christian Borcher
Its Principal

Date: 3-7-2016

U.S. SMALL BUSINESS ADMINISTRATION

By: _____
Thomas G. Morris
Director, Office of Liquidation
U.S. Small Business Administration
Investment Division

Date: 04-06-2016

Page 7
CONSENT RECEIVERSHIP ORDER, United States of America v. CVP SBIC, L.P.

Dated: May 16, 2016     By: /s/ Christina L. Goebelsmann
                        CHRISTINA L. GOEBELSMANN
                        Special Assistant United States Attorney
                        U.S. Small Business Administration
                        455 Market Street, Suite 600
                        San Francisco, CA  94105
                        Telephone: (415) 744-8494
                        Facsimile: (415) 744-6812
                        christina.goebelsmann@sba.gov

**IT IS SO ORDERED**

This 27th day of June, 2016

/s/ Joseph C. Spero

Joseph C. Spero
Chief Magistrate Judge